Norris Grain Company, Appellee, v. William R. Brown and A. G. Miller. William R. Brown, Appellant.

Gen. No. 9,866.

opinion filed April 28, 1943.

William R. Brown, *pro se;* W. Robert Brown, for appellant; Walter D. Boyle, for appellee. Opinion by JUSTICE DOVE. ''Not to be published in full.''

Ohio National Life Insurance Company, Appellee and Cross Appellant, v. Board of Education of Grant Community High School District No. 124 of Lake County, Illinois, et al., Defendants.

Board of Education of Grant Community High School District No. 124 of Lake County, Illinois, Appellant and Cross Appellee, v. Ohio National Life Insurance Company et al., Appellees.

Leslie C. Small and May Small Inglesh, Appellees and Cross Appellants, and Unity of Bohemian Ladies, Appellees, v. Board of Education of Grant Community High School District No. 124 of Lake County, Illinois, et al., Counter-Defendants. Board of Education of Grant Community High School District No. 124 of Lake County, Illinois, Appellant and Cross Appellee.

Gen. No. 9,867.

opinion filed April 28, 1943.   B. F. Langworthy, for appellants; Schroeder & Simpson, Werner W. Schroeder, Theodore W. Schroeder, Holland M. Cassidy and A. F. Beaubien, for appellee.   PER CURIAM. "Not to be published in full."